FILED

2009 MAR 12 PM 3:28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNICE BROWN, et al.,
    Plaintiffs,

vs.                                    Case No.  3:07-cv-00761-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.

---

Sara Barnhill, et al.,
    Plaintiffs,

vs.                                    Case No.  3:07-cv-00796-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.

---

HOOSHANG F. AGHILI, et al.,

    Plaintiffs,

vs.                                    Case No.  3:07-cv-00800-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.

---

JANE BONNER, et al.,
    Plaintiffs,

vs.                                    Case No.  3:07-cv-00804-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.

---

CHARLES FAIRBANKS, et al.,
    Plaintiffs,

vs.                                       Case No.   3:07-cv-00806-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.
_____

LEE E. GREEN, et al.,
    Plaintiffs,

vs.                                       Case No.   3:08-cv-00151-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.
_____

CLAY SMITH, et al.,
    Plaintiffs,

vs.                                       Case No.   3:08-cv-00160-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.
_____

LARRY ABBOTT, et al.,
    Plaintiffs,

vs.                                       Case No.   3:08-cv-00164-J-25HTS

R.J. REYNOLDS TOBACCO CO.,
etc., et al.,
    Defendants.
_____/

## ORDER

As of yesterday, March 11, 2009, one of my sons-in-law joined Norwood S. Wilner in the

practice of law. This matter has been discussed with the other active district judges in the Jacksonville Division of this Court. All of the so called tobacco cases were divided randomly and evenly between two active and one senior district judge. The other active district judge at the time, Judge Covington, could not handle any of the cases because of stock ownership. Since the onset of these cases Judge Covington was reassigned to the Tampa Division and Judge Howard has been reassigned to the Jacksonville Division and currently has no tobacco cases assigned to her as she took over Judge Covington's docket. Since Judge Howard does not have any tobacco cases, and with her consent, the Chief Judge is requested to reassign all of those cases from which I am recused to Judge Howard in order to keep the cases evenly distributed amongst the three active district judges in Jacksonville, this would not happen if they were randomly reassigned by the Clerk.

**DONE AND ORDERED** at Jacksonville, Florida, this __ day of March, 2009.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Anne C. Conway, Chief Judge
Hon. Marcia Morales Howard
Charlie E. Farah, Jr., Esq.
Norwood S. Wilner, Esq.
Philip T. Howard, Esq.
John F. Yarber, Esq.
Joseph W. Prichard, Jr.
Dana G. Bradford, II, Esq.
James B. Murphy, Jr., Esq.
John A. DeVault, III, Esq.