**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| NESTOR AMOROS, et al., | Case Nos. |
| | 3:07-cv-760-J-25HTS,   3:07-cv-761-J-34HTS, |
| Plaintiffs, | 3:07-cv-777-J-25HTS,   3:07-cv-778-J-32HTS, |
| | 3:07-cv-784-J-32HTS,   3:07-cv-785-J-25HTS, |
| vs. | 3:07-cv-786-J-25HTS,   3:07-cv-787-J-32HTS, |
| | 3:07-cv-788-J-25HTS,   3:07-cv-792-J-25HTS, |
| R.J. REYNOLDS TOBACCO CO., | 3:07-cv-793-J-32HTS,   3:07-cv-794-J-32HTS, |
| etc., et al., | 3:07-cv-795-J-32HTS,   3:07-cv-796-J-34HTS, |
| | 3:07-cv-797-J-25HTS,   3:07-cv-798-J-25HTS |
| Defendants. | 3:07-cv-799-J-32HTS,   3:07-cv-800-J-34HTS, |
| | 3:07-cv-801-J-25HTS,   3:07-cv-802-J-25HTS, |
| | 3:07-cv-803-J-25HTS,   3:07-cv-804-J-34HTS, |
| | 3:07-cv-805-J-25HTS,   3:07-cv-806-J-34HTS, |
| | 3:07-cv-818-J-32HTS,   3:07-cv-819-J-32HTS, |
| | 3:07-cv-820-J-25HTS,   3:08-cv-149-J-25HTS, |
| | 3:08-cv-150-J-25HTS,   3:08-cv-151-J-34HTS, |
| | 3:08-cv-152-J-25HTS,   3:08-cv-153-J-32HTS, |
| | 3:08-cv-154-J-25HTS,   3:08-cv-155-J-32HTS, |
| | 3:08-cv-156-J-32HTS,   3:08-cv-157-J-32HTS, |
| | 3:08-cv-158-J-32HTS,   3:08-cv-159-J-25HTS, |
| | 3:08-cv-160-J-34HTS,   3:08-cv-161-J-25HTS, |
| | 3:08-cv-162-J-25HTS,   3:08-cv-163-J-32HTS, |
| | 3:08-cv-164-J-34HTS,   3:08-cv-165-J-25HTS |

## ORDER

These cases are before the Court <u>sua sponte</u>. Now that the Eleventh Circuit has denied review of the jurisdictional Order, see <u>Cooper v. R.J. Reynolds Tobacco Co.</u>, 586 F. Supp 2d 1312, 1318-22 (M.D. Fla. 2008), <u>rev. denied</u>, No. 08-90021 (11th Cir. Oct. 28, 2008), all of these cases will remain before this Court for adjudication. The Court is now awaiting the decision of the Eleventh Circuit concerning the scope of the trials in these

cases. See Brown v. R.J. Reynolds Tobacco Co., 576 F. Supp 2d 1328, 1348 (M.D. Fla. 2008), rev. granted, No. 08-90023 (11th Cir. Oct. 30, 2008). However, regardless of the Eleventh Circuit's ruling, all of the individual claims joined in these cases will need to be adjudicated. Given the substantial logistical issues involved in handling these cases, the Court has determined to begin that process now by severing the cases. It is hereby

**ORDERED:**

1. The Clerk should sever all of the above captioned cases, with each severed case naming one plaintiff and the defendants, and create a new, separate "Engle" docket. Judge Adams, Judge Corrigan and Judge Howard should each be randomly assigned one-third of the Engle docket cases. This severance is without prejudice to later pretrial or trial consolidation of appropriate cases.[1]

2. The parties are also ordered to show cause why a filing fee should not be paid for each severed case. The Court is inclined to require the plaintiffs to pay a separate filing fee for each plaintiff whose case was originally filed in this Court and require the defendants to pay a separate filing fee for each plaintiff whose case was removed to this Court. The parties' responses to this show cause Order should be filed no later than **June 15, 2009**.

3. Except for the issues addressed in paragraphs one and two of this Order, these

---

[1] As an example, family members who are plaintiffs may later be rejoined in a consolidated case for trial.

cases will remain stayed until the Eleventh Circuit's ruling in the pending appeal.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of May, 2009.

| | | |
|---|---|---|
| HENRY LEE ADAMS, JR.<br>United States District Judge | TIMOTHY J. CORRIGAN<br>United States District Judge | MARCIA MORALES HOWARD<br>United States District Judge |

Copies:

Counsel of Record

Paula Goins, HLA-CRD
Marielena Diaz, TJC-CRD
Jodi Wiles, MMH-CRD